Bryan E. Lessley, OSB No. 92081
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
*Bryan_Lessley@fd.org*
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)
Attorney for Defendant

FILED 30 JUN '11 13:06 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| UNITED STATES OF AMERICA, | CR 11-60062-AA |
|---|---|
| Plaintiff, | ORDER APPOINTING COUNSEL |
| vs. | |
| THOMAS WILLIAM CORNELIUS, JR., | |
| Defendant. | |

IT IS ORDERED THAT the Federal Public Defender is appointed as counsel for Thomas William Cornelius, Jr., pursuant to the provisions of 18 U.S.C. § 3006A.

DATED THIS 30th day of June, 2011.

_____
Thomas M. Coffin
United States Magistrate Judge

Presented by:

_____
Bryan E. Lessley
Assistant Federal Public Defender
Eugene Office

**Order Appointing Counsel**