IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | 6:11-cr-60062-AA |
|---|---|
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| THOMAS WILLIAM CORNELIUS JR., | |
| Defendant. | |

IT IS ORDERED that Kelly Beckley is appointed (effective October 17, 2012) as counsel for THOMAS WILLIAM CORNELIUS JR. pursuant to the provisions of 18 U.S.C. § 3006A.

DATED this 22 day of October, 2012.

_____
Honorable Thomas M. Coffin
United States District Judge

PRESENTED BY:

_____
Craig E. Weinerman
Assistant Federal Public Defender

ORDER APPOINTING COUNSEL